**Order entered August 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00640-CR

**STEPHANIE BELJANA LIMAURO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82584-2020**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the motion of Maria Tu to withdraw as counsel for appellant. We **DIRECT** the Clerk of the Court to remove Maria Tu as counsel of record for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order. Appellate counsel shall review the record and file a brief addressing any

issues noted in the opinion in this case as well as any other grounds that might arguably support the appeal within **FORTY DAYS** of the date of counsel's appointment.

We **DIRECT** the Clerk of this Court to send copies of this order to the Honorable Andrea Thompson, Presiding Judge, 416th District Court; Destiny M. Moses, court reporter, 416th District Court; John R. Rolater, Collin County District Attorney's Office; and appellant Stephanie Limauro, TDCJ No. 02355092, Lane Murray Unit, 1916 North Highway 36 Bypass, Gatesville, TX 76596.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the order appointing new counsel is received or the Court deems it appropriate to do so.

/s/ BONNIE LEE GOLDSTEIN
JUSTICE